COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-16-00176-CV |
| Style: | Metropolitan Transit Authority |
| | v. Beverly Brooks |
| Date motion filed*: | March 11, 2016 |
| Type of motion: | Motion to Extend Time to File Notice of Appeal |
| Party filing motion: | Appellant Beverly Brooks |
| Document to be filed: | Notice of appeal |

Is appeal accelerated?     No

If motion to extend time:

| | |
|---|---|
| Original due date: | March 8, 2016 |
| Number of previous extensions granted: | Current Due date: |
| Date Requested: | March 11, 2016 |

Ordered that motion is:

☑     **Granted**

   If document is to be filed, document due: **March 11, 2016**

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

_____

_____

_____

Judge's signature:   /s/ Terry Jennings
          ☒ Acting individually     ☐ Acting for the Court

Panel consists of   _____

Date:  April 19, 2016